No. 90. U.S. EX REL. ARCATA & MAD RIVER R. Co. *v.* INTERSTATE COMMERCE COMM'N. October 9, 1933. Peti-

tion for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. Charles D. Drayton* and *Robert E. Quirk* for petitioner. *Messrs. H. L. Underwood* and *Daniel W. Knowlton* for respondent.